**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In Re:

**DONNA LYNN PICKLESIMER,**           Case No. 18-55784
                                             Chapter 13
           Debtor.                        Judge SHEFFERLY

_____/

**ORDER DISCHARGING DEBTOR PURSUANT TO 11 USC §1328(b)**

This matter was brought by motion of the Debtor, **DONNA LYNN PICKLESIMER**. All parties were properly noticed, and no response was timely filed. The Court being otherwise fully advised:

IT IS ORDERED that the Debtor is entitled a Chapter 13 discharge pursuant to 11 USC §1328(b) and this Chapter 13 case is terminated.